UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$1,827,242.65 OF FUNDS ASSOCIATED WITH COMPANY 1, *et al.*,<br><br>Defendants In Rem. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 20-cv-2019-RC<br>)<br>)<br>)<br>)<br>)<br>) |

## STATUS REPORT

The United States of America, by and through undersigned counsel, respectfully submits this status report.

1. On July 23, 2020, the United States commenced this forfeiture action *in rem* against the defendant property by filing a verified complaint for forfeiture. *See* ECF No. 1.

2. On July 24, 2020, this Court issued a warrant for arrest in rem. *See* ECF No. 3.

3. On or about July 29, 2020, the United States sent direct notice to the known potential claimants via first class mail.

4. From July 31, 2020 to August 29, 2020, the United States posted notice of the forfeiture on an internet site, http://www.forfeiture.gov. *See* ECF No. 5.

5. No claims based on direct notice or publication were filed, and the deadlines to file such claims have passed.

6. On December 31, 2020, the United States filed a declaration in support of default and asked the Clerk of Court to enter default. *See* ECF No. 7.

7.      Upon entry of default by the Clerk of Court, the United States will file a motion for entry of default judgment.

WHEREFORE, the United States respectfully requests leave to file a status report or move for entry of default judgment on or before January 31, 2021.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY

By:   /s/ Michael P. Grady
Michael P. Grady
D.C. Bar No. 492947
Assistant United States Attorneys
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7649
Email: michael.grady3@usdoj.gov
